Craig A. Mueller, Esq.
Nevada Bar No. 4703
MUELLER & ASSOCIATES, INC.
723 South Seventh Street
Las Vegas, NV 89101
(702) 382-1200 Ph
(702) 940-1235 Fx
electronicservice@craigmuellerlaw.com
*Attorney for Plaintiff, Michael Espinosa*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

Michael Espinosa, an individual
    Plaintiff

vs.

Corrections Corporation of America a/k/a CoreCivic, Inc., a Foreign Corporation domesticated in Nevada, d/b/a Nevada Southern Detention Center; and DOES I through X; and ROE CORPORATIONS XI through XX.
    Defendants

Case No. 2:19-cv-01617-RFB-NJK

**STIPULATION TO EXTEND TIME FOR PLAINTIFF MICHAEL ESPINOSA TO FILE OPPOSITION TO DEFENDANT CORECIVIC'S MOTION TO DISMISS**

**(First Request)**

Pursuant to LR IA 6-1 and LR 7-1, Plaintiff, Michael Espinosa, and Defendants, Corrections Corporation of America a/k/a CoreCivic, Inc., hereby jointly submit this Stipulation to Extend Time for Plaintiff Michael Espinosa To File Opposition To Defendant CoreCivic's Motion To Dismiss, originally filed on September 20, 2019.

Pursuant to Local Rule 7-2(b), the deadline to file an Opposition to Defendant CoreCivic's Motion to Dismiss was October 4, 2019. Plaintiff, Michael Espinosa, and Defendants, Corrections

- 1 -

Corporation of America a/k/a CoreCivic, Inc., hereby agree and stipulate to extend the deadline for Plaintiff Michael Espinosa to file an Opposition to Defendant's CoreCivic's Motion To Dismiss to October 11, 2019.

This is the first stipulation for extension of time for Plaintiff Michael Espinosa to file an Opposition to Defendant CoreCivic's Motion to Dismiss.

The reason for this request is that Plaintiff, Michael Espinosa's counsel has been recently handling multiple hearings and depositions and requires additional time to respond, and counsel's staff had a family emergency necessitating travel out of state. Plaintiff, Michael Espinosa, desires to provide the Court a with complete outline of the facts and legal issues.

This Stipulation is made in good faith and is not made for the purposes of delay. The parties agree that no party will be prejudiced by this seven-day extension.

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

Accordingly, the parties agree and stipulate to extend the deadline for Plaintiff, Michael Espinosa to file an Opposition to Defendant CoreCivic's Motion to Dismiss until October 11, 2019.

DATED this 3rd day of October 2019.

**STRUCK LOVE BOJANOWSKI & ACEDO, PLC**

By: /s/ Jacob B. Lee
Jacob B. Lee, Esq.
Nevada Bar No. 012428
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
480-420-1600
jlee@strucklove.com

Gina G. Winspear, Esq.
Nevada Bar No. 005552
**DENNETT WINSPEAR, LLP**
3301 North Buffalo Drive, Suite 195
Las Vegas, Nevada 89129
702-839-1100
gwinspear@dennettwinspear.com
*Attorneys for Defendants Corrections Corporation of America a/k/a CoreCivic, Inc.*

DATED this 3rd day of October 2019.

**MUELLER & ASSOCIATES, INC.**

By: /s/ Craig A. Mueller

Craig A. Mueller, Esq.
Nevada Bar No. 4703
723 S. 7th Street
Las Vegas, NV 89101
702-382-1200
Electronicservice@craigmuellerlaw.com
*Attorneys for Plaintiff, Michael Espinosa*

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 10th day of October, 2019.

- 3 -